1  DONALD J. QUERIO (State Bar No. 54367)
   JON D. IVES (State Bar No. 230582)
2  jdi@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendant
   Wells Fargo Bank, N.A.
7
   GLEN L. MOSS (State Bar No. 44307)
8  m-m@pacbell.net
   MOSS & MURPHY
9  1297 B Street, #A
   Hayward, CA 94541
10 Telephone:  (510) 583-1155
11 Facsimile:  (510) 583-1299

12 Attorneys for Plaintiffs
   Anthony and Kathryn Nicosia
13
   LAWRENCE D. HARRIS (State Bar No. 153350)
14 larry@glennwechsler.com
   LAW OFFICES OF GLENN H. WECHSLER
15 1655 North Main Street, Suite 230
16 Walnut Creek, CA 94596
   Telephone:  (925) 274-0200
17 Facsimile:  (925) 274-0202

18 Attorneys for Defendant
   First American Loanstar Trustee Services
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22

| 23 | ANTHONY AND KATHRYN NICOSIA, | Case No.: 10-cv-00398-PJH |
|---|---|---|
| 24 | Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATIONS EXTENDING DEADLINE TO CONDUCT MEDIATION; RESETTING HEARING ON PRELIMINARY INJUNCTION MOTION; AND EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| 25 | vs. | |
| 26 | WELLS FARGO BANK, N.A., *et al.*, | |
| 27 | Defendants. | |
| 28 | | |

07685/0506/834349.1                                [Proposed] Order Granting Stipulations
                                                         Case No.: 10-cv-00398-PJH

1  Pursuant to the Stipulation submitted by plaintiffs Anthony Nicosia and Kathryn Nicosia
2  and defendants Wells Fargo Bank, N.A. and First American Loanstar Trustee Services, and good
3  cause appearing, IT IS HEREBY ORDERED that the deadline for conducting a mediation
4  currently set for September 3, 2010, is hereby extended to October 30, 2010.

5  Pursuant to the Stipulation submitted by plaintiffs Anthony Nicosia and Kathryn Nicosia
6  and defendants Wells Fargo Bank, N.A. and First American Loanstar Trustee Services, and good
7  cause appearing, IT IS HEREBY ORDERED that the Motion for a Preliminary Injunction to
8  Enjoin the Trustee's Sale currently scheduled for September 1, 2010, is reset to October 27, 2010
9  at 9 A.M.

10  Finally, pursuant to the Stipulation submitted by plaintiffs Anthony Nicosia and Kathryn
11  Nicosia defendant Wells Fargo Bank, N.A., and good cause appearing, IT IS HEREBY
12  ORDERED that defendant Wells Fargo Bank, N.A. shall have until August 19, 2010 to respond
13  to the plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

DATED: 8/17/10



- 2 -

07685/0506/834349.1

[Proposed] Order Granting Stipulations
Case No.: 10-cv-00398-PJH