DONALD J. QUERIO (State Bar No. 54367)
JON D. IVES (State Bar No. 230582)
jdi@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

GLEN L. MOSS (State Bar No. 44307)
m-m@pacbell.net
MOSS & MURPHY
1297 B Street, #A
Hayward, CA 94541
Telephone: (510) 583-1155
Facsimile: (510) 583-1299

Attorneys for Plaintiffs
Anthony and Kathryn Nicosia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY AND KATHRYN NICOSIA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>            Defendants. | Case No.: 10-cv-00398-PJH<br><br>**[P~~ROPOSED~~] ORDER GRANTING STIPULATION TO REMAND AND ORDER REMANDING ACTION TO THE SUPERIOR COURT OF SAN MATEO COUNTY** |

- 2 -

1  Pursuant to the Stipulation submitted by Plaintiffs Anthony Nicosia and Kathryn Nicosia
2  and Defendant Wells Fargo Bank, N.A., and good cause appearing, IT IS HEREBY ORDERED
3  that this action is remanded to the Superior Court of California, in and for the County of San
4  Mateo.

5  **IT IS SO ORDERED.**

8  DATED: 11/29/10



Judge Phyllis J. Hamilton

- 2 -